COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name: Aakil Holdings Trust/Raymond Groves and Norris Groves v. 2011 Homes, LLC

Appellate case number: 01-22-00356-CV

Trial court case number: 1182819

Trial court: County Civil Court at Law No. 4 of Harris County

Appellant Norris Groves filed a notice of appeal on his own behalf and on behalf of the Aakil Holdings Trust and Raymond Groves. The clerk's record also indicates that Norris Groves is the executor of the Estate of Betty J. Groves. On June 28, 2022, Norris Groves filed an appellants' brief on behalf of Aakil Holdings Trust and the Estate of Betty J. Groves.

A non-attorney pro se is prohibited from appearing in an appellate court in the capacity of executor of an estate, as trustee of a trust, or on behalf of other persons. *See In re Guetersloh*, 326 S.W.3d 737, 740 (Tex. App.—Amarillo 2010, orig. proceeding). This is because a pro se who attempts to represent others or attempts to act on behalf of a trust or estate is necessarily engaging in the unauthorized practice of law. *See id.*

Accordingly, the Court **strikes** appellants' brief filed on June 28, 2022 because Norris Groves has asserted issues on behalf of the Aakil Holdings Trust, the Estate of Betty J. Groves, and Raymond Groves. Norris Groves may refile the appellant's brief raising issues on his own behalf and if he chooses to do so, the revised appellant's brief will be **due in 30 days from the date of this order**.

It is so ORDERED.

Judge's signature: _____/s/ Peter Kelly_____
☑ Acting individually    ☐ Acting for the Court

Date:    August 23, 2022